IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK N.A., AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA N.A., *et al.*, | § § § § § § § § § § § § | |
| Appellant, | | |
| v. | | Civil Action No. 3:14-CV-4130-N |
| NNN 3500 MAPLE, LLC, *et al.*, | | |
| Appellees. | | |

## ORDER GRANTING TEMPORARY STAY

This Order addresses Appellant U.S. Bank NA's ("US Bank") motion for expedited hearing on its expedited motion for stay as a matter of right pending appeal. In order to preserve the status quo pending disposition of that motion, the Court grants a temporary stay of the Bankruptcy Court's Order Granting Defendants' Motion for Summary Judgment, or, In the Alternative, Motion to Disburse Funds [Adv. Pro. Docket No. 70] pending further order of this Court.[1] The Court orders Appellees to respond to Appellant's motion for stay (filed in this Court on November 19, 2014) within seven (7) days of this Order. Appellant may then reply within seven (7) days of Appellees' response.

---

[1] The docket numbers refer to the docket maintained by the United States Bankruptcy Court for the Northern District of Texas, Adversary Proceeding Number 14-03068.

ORDER – PAGE 1

Signed November 20, 2014.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2